# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00065-CV

**Juan Enriquez, Appellant**

**v.**

**Cristina Melton Crain, Individually and in her Official Capacity as former Chair of the Texas Board of Criminal Justice; Brad Livingston, Individually and in his Official Capacity as Executive Director of the Texas Department of Criminal Justice; Nathaniel Quarterman, Individually and in his Official Capacity as former Director of the Texas Department of Criminal Justice; and John Rupert, Individually and in his Official Capacity as former Warden of the Texas Department of Criminal Justice's Michael Unit, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT NO. D-1-GN-09-002079, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

## O R D E R

**PER CURIAM**

The mandate in this cause issued by this Court on August 14, 2014, is hereby withdrawn.

It is ordered on September 3, 2014.

Before Chief Justice Jones, Justices Goodwin and Field